1    IN THE UNITED STATES DISTRICT COURT

2

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4  DOCK McNEELY,                         No. C 12-1483 CW (PR)

5        Petitioner,

   v.                                    ORDER OF TRANSFER
6
   KEVIN CHAPPELL, Warden,

7        Respondent.

8  _____/

9

10    Petitioner, a state prisoner incarcerated at San Quentin State

11 Prison, has filed this pro se petition for a writ of habeas corpus

12 pursuant to 28 U.S.C. § 2241, challenging the validity of criminal

13 charges filed against him.

14    In 2000, Petitioner sought habeas corpus relief in the United

15 States District Court for the Eastern District of California,

16 challenging the constitutional validity of his five-year pretrial

17 detention on criminal charges filed in Sacramento County Superior

18 Court.  The Eastern District denied relief, but the Ninth Circuit

19 Court of Appeals found that Petitioner had been denied his

20 constitutional right to a speedy trial, reversed the district court

21 and ordered Petitioner's immediate release from custody, with

22 prejudice to re-prosecution of the criminal charges.  See McNeely

23 v. Blanas, 336 F.3d 822, 832 (9th Cir. 2003).

24    In the instant petition, Petitioner appears to allege that he

25 was re-arrested by Sacramento police and currently is imprisoned as

26 a pretrial detainee on the same criminal charges, in violation of

27 the Ninth Circuit's ruling.

28    A habeas petition by a state pretrial detainee properly is

**United States District Court**
For the Northern District of California

1  brought under 28 U.S.C. § 2241.  See Hoyle v. Ada County, 501 F.3d
2  1053, 1058 (9th Cir. 2007).  In a state containing more than one
3  federal district, the petition may be filed in either the district
4  of confinement or the district of conviction.  28 U.S.C. § 2241(d).
5  Although each district has concurrent jurisdiction to entertain the
6  petition, the district court for the district where the petition is
7  filed "in the exercise of its discretion and furtherance of justice
8  may transfer the application to the other district court for
9  hearing and determination."  Id.

10      Here, Petitioner is confined within the venue of the Northern
11 District, but he is challenging the validity of criminal charges
12 filed against him in the Eastern District.  He maintains that those
13 charges were filed in violation of the Ninth Circuit's ruling
14 granting relief to Petitioner in his previous habeas action filed
15 in the Eastern District.  Consequently, the Court finds that the
16 petition should be heard in the Eastern District.

17      Accordingly, pursuant to 28 U.S.C. § 1404(a), and in the
18 interest of justice, the Clerk of the Court is ordered to TRANSFER
19 this action forthwith to the United States District Court for the
20 Eastern District of California.

21      All remaining motions are TERMINATED on this Court's docket as
22 no longer pending in this Court.

23      IT IS SO ORDERED.

24
Dated: 4/9/2012
25                          CLAUDIA WILKEN
                           UNITED STATES DISTRICT JUDGE
26

27

28

                                    2